**ZDARSKY, SAWICKI & AGOSTINELLI** LLP

ATTORNEYS AT LAW

404 CATHEDRAL PLACE

298 MAIN STREET

BUFFALO, N.Y. 14202

716-855-3200

JOSEPH E. ZDARSKY
K. MICHAEL SAWICKI
GUY J. AGOSTINELLI
GERALD T. WALSH
MARK J. SCHLANT
PATRICK A. DUDLEY
THOMAS P. FITCH
DONALD G. POWELL
DAVID E. GUTOWSKI

TELECOPIER: 716-855-3101
(NOT FOR SERVICE OF PAPERS)

December 29, 2009

Clerk
United States Bankruptcy Court
Olympic Towers
300 Pearl Street, Suite 250
Buffalo, New York 14202

**Re: Maxine M. Walter**
**Case No. 02-15729B**

Ladies and Gentlemen:

Enclosed is my check no. 116 for $1.05, payable to the Clerk, representing the dividend(s) payable as follows, which are each less than $5.00:

| Claim No. | Creditor | Amount |
|-----------|----------|--------|
| 1 | New York State Department of Taxation<br>Bankruptcy Section<br>PO Box 5300<br>Albany, New York 12205-0300 | $1.05 |

Of the aforementioned sum, $0.07 is the balance of the principal amount of the claim and $0.98 is a portion of the interest accrued thereon.

Thank you for your assistance.

Very truly yours,

ZDARSKY, SAWICKI & AGOSTINELLI LLP

Mark J. Schlant

Enclosure

F I L E D
DEC 30 2009
BANKRUPTCY COURT,
BUFFALO, N.Y.

R E C E I V E D
DEC 30 2009
BANKRUPTCY COURT
BUFFALO, NY